

**FILED**

MAY 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ALEXANDER SMIRNOV, Defendant - Appellant. | No. 25-400 D.C. No. 2:24-cr-00091-ODW-1 Central District of California, Los Angeles ORDER |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ALEXANDER SMIRNOV, Defendant - Appellant. | No. 25-408 D.C. No. 2:24-cr-00702-ODW-1 Central District of California, Los Angeles |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

The motion (Docket Entry No. 18) to vacate and remand is denied without prejudice to renewing the request in the answering brief.

The opening brief has been filed. The answering brief is due June 23, 2025. In addition to any other issues the government wishes to raise, the answering brief must address whether the Bureau of Prisons has credited appellant with the period of his pretrial detention. *See* 18 U.S.C. § 3585(b); U.S.S.G. § 5G1.3(b)(1).