**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | C.A. Nos. 25-400, 25-408 |
| ) | D.C. Nos. 24-CR-91-ODW |
| Plaintiff-Appellee, ) | 24-CR-702-ODW |
| ) | (Central Dist. Cal.) |
| v. ) | |
| ) | **GOVERNMENT'S** |
| ALEXANDER SMIRNOV, ) | **UNOPPOSED MOTION** |
| ) | **FOR EXTENSION OF TIME** |
| Defendant-Appellant. ) | **TO FILE ANSWERING** |
| ) | **BRIEF; DECLARATION OF** |
| ) | **ROBERT J. KEENAN** |
| ) | |

Plaintiff-Appellee United States of America, by and through its counsel of record, hereby moves this Court for an extension of the time within which the government must file its answering brief in the above-captioned matter. The government's answering brief is currently due on Monday, June 23, 2025. The government respectfully requests a 120-day extension of time, up to and including Tuesday, October 21, 2025. Defendant does not oppose this request.

The motion is made pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Ninth Circuit Rule 31-2.2(b) and is based on

ii

the files and records in this case and the attached Declaration of Robert

J. Keenan.

DATED: June 16, 2025.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BILAL A. ESSAYLI
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　CHRISTINA T. SHAY
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Chief, Criminal Division

　　　　　　　　　　　　　　　 /s/ *Robert J. Keenan*

　　　　　　　　　　　　　　　ROBERT J. KEENAN
　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　Attorneys for Plaintiff-Appellee
　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

ii

## DECLARATION OF ROBERT J. KEENAN

I, Robert J. Keenan, hereby declare and state as follows:

1.      I am an Assistant United States Attorney in the Central District of California.

2.      I am responsible for preparing the government's answering brief in the above-captioned appeals, *United States v. Alexander Smirnov*, C.A. Nos. 25-400, 25-408.

3.      On April 25, 2025, defendant-appellant Alexander Smirnov ("defendant") filed his opening brief.  The previously scheduled deadline for the government's answering brief of June 16, 2025 was reset as part of a Court order that disposed of a motion to vacate and remand.  The government has not requested any prior extension of the deadline for the filing its answering brief, which presently is due on Monday, June 23, 2025.

4.      Although I have exercised diligence with respect to this appeal and will continue to do so, I do not anticipate being able to complete the government's answering brief by its current due date and anticipate needing an additional 120 days to do so for the following reasons:

a.     This case was charged and prosecuted by another agency (an office of special counsel), and defendant was sentenced in January 2025.  I am newly assigned to this case.  I did not participate in any district court proceedings until April 2025, when I was assigned to represent the government at a hearing on a stipulated joint motion for bail pending appeal.

b.     I was assigned to represent the government in this appeal a short time later, at which point a notice of appearance was filed on my behalf on May 5, 2025.

c.     In or around the same time, I was provided an opportunity for a one-year detail as Senior Counsel to U.S. Department of Justice, Civil Rights Division ("CRD") in Washington, D.C.  The detail commenced on May 27, 2025, and that required me to relocate to D.C. and work to reassign most of my caseload to other prosecutors.  In my new role, I have had other time-sensitive responsibilities, including the review of documents to be filed in criminal cases involving the CRD and work in connection with certain civil cases involving the CRD.  In the past few days, for example, I reviewed and revised the government's answering brief in *United States v. Cartagena*, Case No. 23-1871 (1st

2

Cir.), which is due to be filed on June 17, 2025. That work also required additional legal research.

5.     For the foregoing reasons, the government requests that the deadline for filing its answering brief be extended by 120 days, up to and including Tuesday, October 21, 2025.

6.     On June 13, 2025, I conferred with defense counsel, David Z. Chesnoff, Esq., via email regarding the requested extension. Mr. Chesnoff confirmed that he has no objection to this motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this date, June 16, 2025, in Washington, D.C.

*/s/ Robert J. Keenan*
ROBERT J. KEENAN
Assistant United States Attorney