# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ALEXANDER SMIRNOV,<br><br>Defendant-Appellant. | C.A. Nos. 25-400, 25-408<br>D.C. Nos. 24-CR-91-ODW,<br>24-CR-702-ODW<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S UNOPPOSED NOTICE FOR 60-DAY EXTENSION OF TIME UNDER COURT'S OCTOBER 1, 2025, SUPPLEMENTAL ORDER** |

NOTICE: In light of the Chief Judge's [Supplemental Administrative Order](#) of October 1, 2025, the United States hereby gives notice that it seeks a 60-day extension of time to file its answering brief in this case, which is currently due by October 21, 2025, and that it therefore intends to file its answering brief by December 22, 2025.

//

//

2

Counsel for the government has conferred with counsel for defendant, who does not oppose this 60-day extension of time.

DATED: October 14, 2025

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Acting Chief, Criminal Division

*s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Acting Chief, Criminal Appeals Section
Assistant United States Attorney

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA