UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEXANDER SMIRNOV,

Defendant - Appellant.

No. 25-400

D.C. No.
2:24-cr-00091-ODW-1
Central District of California,
Los Angeles

ORDER

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEXANDER SMIRNOV,

Defendant - Appellant.

No. 25-408

D.C. No.
2:24-cr-00702-ODW-1

Central District of California,
Los Angeles

Before: NGUYEN, R. NELSON, and DESAI, Circuit Judges.

The panel has voted to deny the petition for panel rehearing and rehearing en banc (docket entry no. 52). The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40(c). The petition for panel rehearing and rehearing en banc is denied.